v. *Procter & Gamble Mfg. Co.* (34 C. C. P. A. 71, C. A. D. 345). In accordance therewith the claim for free entry under paragraph 1731 was sustained.

**No. 51618.**—Protests 6295-K, etc., of Bloomingdale Bros., Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, MARCH 19, 1947

**No. 51619.**—Protests 494659-G, etc., of B. F. Montague Co. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim of the plaintiff was sustained.

**No. 51620.**—Protests 629973-G, etc., of Gimbel Bros., Inc., Delaware, et al. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim of the plaintiffs was sustained.

**No. 51621.**—Protests 639647-G, etc., of Gimbel Bros., Inc., Delaware (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim of the plaintiff was sustained.